STATE OF LOUISIANA *v.* THE JUDGE OF THE FOURTH DISTRICT COURT OF
NEW ORLEANS.

In cases in which a party has an adequate remedy by appeal, this court will not listen to an application for a writ of prohibition.

APPLICATION for a Prohibition.

*G. L. Bright,* for application.

VOORHIES, J.    This is an application by *Jesse Harlam* for a rule *nisi* on the Judge *a quo* to show cause why a writ of prohibition should not be issued forbidding him from taking any further cognizance of a cause in which *James A. Kelly* is plaintiff and the relator defendant.

*James A. Kelly,* it appears, instituted an action against the relator in the Fourth District Court of New Orleans, for the recovery of $2800, besides interest.    The relator excepted to the jurisdiction of the court, on the ground that his domicil was in the parish of Franklin, Louisiana, where he was suable alone.    He complains that his exception was improperly overruled and the action sustained against him in favor of *Kelly.*

In cases in which a party has an adequate remedy by appeal, this court will not listen for a moment to an application for a writ of prohibition or mandamus. 8 A. 92, 288.    In the case at bar we think the relator will, if injured by the overruling of his plea, have an adequate remedy by appeal from such final judgment as may hereafter be rendered against him in the case.

It is, therefore, ordered, that the rule prayed for be refused, at the applicant's cost.